**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARK AMUNDSEN**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-

| | |
|---|---|
| **MARK AMUNDSEN,** | **No.   2:18-CV-00959-CKD** |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER** |
| | **FOR  EXTENSION OF** |
| | **TIME TO FILE PLAINTIFF'S** |
| **v.** | **MOTION FOR SUMMARY** |
| | **JUDGMENT** |
| **NANCY BERRYHILL, Deputy Commissioner,** | |
| **of SOCIAL SECURITY,** | |
| **Defendant.** | |

_____/

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 15, 2018.

This is a first extension, based on counsel's having several other briefs due, running from before the original due date past the present, along with other work.

Dated:    November 1, 2018                    /s/    *Jesse S. Kaplan*
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff


                                              McGREGOR SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Counsel, Region IX
                                              Social Security Administration

Dated:  November 2, 2018                       */s/ per e-mail authorization*

                                              MARCELO ILLARMO
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant


## ORDER


        For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment brief is extended to November 15, 2018.

        SO ORDERED.

Dated:  November 7, 2018

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE